IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Nicholson, Elizabeth

Printed: 5/6/08

Case Number: 04 B 35014
Judge: Squires, John H
Filed: 9/21/04

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Dismissed: March 26, 2008
Confirmed: December 8, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 11,063.62 |  |
| Secured: |  | 1,888.15 |
| Unsecured: |  | 0.00 |
| Priority: |  | 5,909.66 |
| Administrative: |  | 2,700.00 |
| Trustee Fee: |  | 565.81 |
| Other Funds: |  | 0.00 |
| Totals: | 11,063.62 | 11,063.62 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Peter F Geraci | Administrative | 2,700.00 | 2,700.00 |
| 2. | Lighthouse Financial Group | Secured | 1,888.15 | 1,888.15 |
| 3. | Internal Revenue Service | Priority | 7,763.18 | 5,909.66 |
| 4. | Americash Loans, LLC | Unsecured | 55.77 | 0.00 |
| 5. | Jefferson Capital | Unsecured | 141.17 | 0.00 |
| 6. | City Of Chicago Dept Of Revenue | Unsecured | 204.00 | 0.00 |
| 7. | RoundUp Funding LLC | Unsecured | 86.15 | 0.00 |
| 8. | Internal Revenue Service | Unsecured | 284.75 | 0.00 |
| 9. | Americash Loans, LLC | Unsecured | 181.51 | 0.00 |
| 10. | Internal Revenue Service | Priority |  | No Claim Filed |
| 11. | Internal Revenue Service | Priority |  | No Claim Filed |
| 12. | Charter One Bank | Unsecured |  | No Claim Filed |
| 13. | Ten Minute Loan | Unsecured |  | No Claim Filed |
| 14. | Brylane Home | Unsecured |  | No Claim Filed |
| 15. | Instant Cash Advance | Unsecured |  | No Claim Filed |
| 16. | Newport News | Unsecured |  | No Claim Filed |
| 17. | TCF Bank | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 13,304.68 | $ 10,497.81 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 6.5% | 68.24 |
| 4% | 38.77 |
| 3% | 19.39 |
| 5.5% | 168.77 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Nicholson, Elizabeth | Case Number: 04 B 35014 |
|---|---|
| | Judge: Squires, John H |
| Printed: 5/6/08 | Filed: 9/21/04 |

|  |  |
|---|---|
| 5% | 56.52 |
| 4.8% | 100.76 |
| 5.4% | 113.36 |
|  | _____ |
|  | $ 565.81 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

